**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANTHONY JEROME FITZGERALD                                    PLAINTIFF
ADC #106273

V.                              NO: 5:10CV00080 JLH/HDY

CLEMETENE OWENS *et al.*                                     DEFENDANTS

**<u>ORDER</u>**

Plaintiff filed this complaint (docket entry #2) on March 26, 2010, and service was ordered.

On May 21, 2010, the summons was returned unexecuted as to Defendant Tony Jones (docket entry

#30).  Service had been attempted in the care of the Arkansas Department of Correction ("ADC"),

but was returned because Jones is no longer employed at the ADC.  However, Jones's last known

address was provided and filed under seal.  Accordingly, service will be attempted at the address

provided.

IT IS THEREFORE ORDERED THAT:

1.      Defendant Tony Jones's last known addresses shall not be made part of any public

record.

2.      The Clerk of the Court shall prepare a summons for Tony Jones, and the United States

Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this

order, on Tony Jones, at the addresses provided under seal, without prepayment of fees and costs or

security therefor.

3.      Upon re-issuance of the summons and complaint, the United States Marshal is hereby

directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the

address prior to forwarding a copy to Plaintiff.

DATED this __24__ day of May, 2010.


_____
UNITED STATES MAGISTRATE JUDGE