**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANTHONY JEROME FITZGERALD                                                                    PLAINTIFF
ADC #106273

V.                                              NO: 5:10CV00080 JLH/HDY

CLEMETENE OWENS *et al.*                                                                     DEFENDANTS

## ORDER

      Plaintiff filed this complaint on March 26, 2010, and service was ordered. On May 21, 2010, the summons was returned unexecuted as to Defendant Tony Jones, who was no longer employed with the Arkansas Department of Correction (docket entry #30). Jones's last know address was provided, and service was attempted at that address. However, that attempt was also unsuccessful (docket entry #40). Accordingly, Plaintiff is directed to provide, no later than 30 days after the entry of this order, an address at which Jones may be served. Plaintiff's failure to do so will result in the recommended dismissal of his claims against Jones. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir.) (per curiam) (plaintiffs proceeding *in forma pauperis* are responsible for providing defendants' addresses), *cert. denied*, 510 U.S. 875 (1993); Fed.R.Civ.P. 4(m) (providing for the without prejudice dismissal of action as to individual Defendant if service not made within 120 days of filing of complaint).

      IT IS SO ORDERED this   8   day of July, 2010.

                                                          _____
                                                           UNITED STATES MAGISTRATE JUDGE