**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANTHONY JEROME FITZGERALD                                                                    PLAINTIFF
ADC #106273

V.                                       NO: 5:10CV00080 JLH/HDY

CLEMETENE OWENS *et al.*                                                                       DEFENDANTS

## ORDER

On July 9, 2010, Plaintiff filed a motion to compel, seeking copies of his medical records dating from July 26, 2009, and copies of the Arkansas Department of Correction's Cummins Unit administrative segregation policy on entering inmates' cells (docket entry #44). Plaintiff also seeks costs associated with filing the motion. In response, Defendants Gaylon Lay and Clementene Owens request that the motion be denied, contending that Plaintiff may review his medical records upon request, and that copies of prison policies are available at the unit law library. Because the information Plaintiff seeks is available at his unit, there is no reason to require Defendants to produce the documents he seeks, or to award him costs of his motion.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to compel (docket entry #44) is DENIED.

DATED this __22__ day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE