# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANTHONY JEROME FITZGERALD                                                              PLAINTIFF
ADC #106273

v.                                        NO. 5:10CV00080 JLH/HDY

CLEMETENE OWENS, *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE RECOMMENDED THAT Plaintiff's claims against Defendant Tony Jones are DISMISSED WITHOUT PREJUDICE, and Jones's name is removed as a party Defendant.

DATED this 7th day of October, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE